EDOK Criminal Complaint (Revised 6/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ISAIAH LYNN WOOD,**<br><br>*Defendant.* | **CRIMINAL COMPLAINT**<br><br>Case No.  25-MJ-48-GLJ |

I, Special Agent Steve West, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

On or about February 17, 2025, in the Eastern District of Oklahoma, Isaiah Lynn Wood, committed the crime of **Assault with Intent to Commit Murder in Indian Country,** in violation of Title 18, United States Code, Sections 113(a)(1), 1151, and 1153; **Assault with a Dangerous Weapon with Intent to Commit Bodily Harm**, in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153; and **Use, Carry, Brandish, and Discharge a Firearm During and in Relation to a Crime of Violence**, in violation of 18 U.S.C § 924(c).

I further state that I am a special agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

(See attached Affidavit of Steve West, which is attached hereto and made a part hereof by reference.)

☒    Continued on the attached sheet.

*[signature]*
Steve West, Special Agent
FBI

Sworn to on February 20, 2025.

*[signature]*

GERALD L. JACKSON
**UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer

Signature of Judicial Officer



## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Steve West, being duly sworn, deposes and states as follows:

## INTRODUCTION AND INVESTIGATOR BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since September of 2004. I am currently assigned to the Oklahoma City Field Office, Ardmore Resident Agency, and work Indian Country criminal investigations in the Eastern District of Oklahoma. As a special agent with the FBI, I am a law enforcement officer of the United States as defined in 18 U.S.C. § 2510(7), who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18. I have been employed by FBI since 2004. Therefore, I, Steve West, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

## PROBABLE CAUSE

2. The statements contained in this affidavit are based in part on information provided by other agencies; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as an FBI special agent. Because this affidavit is being submitted for the limited purpose of establishing probable cause to believe that WOOD committed the offense described below, I have not included every detail of the investigation. In addition, unless otherwise indicated, all statements contained in this affidavit are summaries in substance and in part.

3. As will be shown below, there is probable cause to believe ISAIAH LYNN WOOD, committed Assault with Intent to Commit Murder in Indian Country, in violation of 18 U.S.C. §§ 113(a), 1151, and 1153; Assault with a Dangerous Weapon with Intent to do Bodily Harm, in violation of 18 U.S.C. §§113(a)(3), 1151, and 1153; and Use, Carry, Brandish, and Discharge a

Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C § 924(c), which occurred within the historic boundaries of the Chickasaw Nation Reservation.

## VENUE AND JURISDICTION

4. The facts and circumstances alleged in this affidavit occurred at or around XXXXX Tuff Street, Overbrook, Oklahoma ["the PREMISES"]. The facts and circumstances occurred within the special maritime and territorial jurisdiction of the United States and in Indian Country as defined in Title 18, U.S.C., § 1151, to wit: the Chickasaw Nation Reservation. The PREMISES is located within the Eastern District of Oklahoma.

## DEFENDANT

5. The defendant is ISAIAH LYNN WOOD ["WOOD"] (DOB: XX/XX/2003) and is a verified member of the Choctaw Nation, a federally recognized Indian tribe, and possesses a quantum of Indian blood.

## OFFENSE

6. On or about February 17, 2025, WOOD is alleged to have committed the offense of Assault with the Intent to Commit Murder in Indian Country, in violation of 18 U.S.C. §§ 113(a), 1151, and 1153; Assault with a Dangerous Weapon with Intent to do Bodily Harm, in violation of 18 U.S.C. §§113(a)(3), 1151, and 1153; and Use, Carry, Brandish, and Discharge a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C § 924(c)

## BACKGROUND

7. On or about February 17, 2025, at approximately 10:00 p.m., Love County Sheriff's Office Sergeant Bradley Clark received notification from Love County dispatch of a call for emergency response. While enroute, Clark was advised there had been a shooting and the suspect had barricaded himself inside of the residence with a two-year-old child.

8. Upon arrival, Clark began to negotiate with the suspect, later identified as ISAIAH LYNN WOOD. When Clark contacted WOOD by phone, WOOD made several statements that he did something "very bad," and he now had to kill himself. Clark learned that earlier in the day, WOOD went to his sister's home near Lawton, Oklahoma, and stole a handgun from her husband.

9. WOOD then drove to Victim 2's home, the PREMISES. Victim 1, Wood's mother, lives with her husband, Victim 2, WOOD's two-year-old child (Minor Witness 1), and Minor Witness 1's biological mother (Witness 1) at the PREMISES. WOOD parked down the road where he would not be detected by the occupants of the PREMISES and approached on foot. WOOD entered the house through an unlocked sliding glass door in the dining room. Then he entered Minor Witness 1's bedroom and closed the door behind him.

10. Victim 1 heard a noise and got out of bed and check on Minor Witness 1. When Victim 1 entered Minor Witness 1's bedroom, she found her son, WOOD. WOOD pointed a gun in her face and then pressed the gun against Victim 1's forehead. WOOD preceded to strike Victim 1 about the head and face. Victim 1 begged for her life and told WOOD "don't do it in front of the baby." Victim 1 suggested going to another room so Minor Witness 1 could not see what Victim 1 feared would happen. WOOD forced Victim 1 into the bathroom and closed the door behind them.

11. Victim 1 said that once inside the bathroom, WOOD continued to hold the gun to her forehead while continuing to beat her about the head and face. Victim 2 entered the bathroom and a fight ensued when Victim 2 attempted to wrestle the gun away from WOOD. WOOD shot Victim 2 in the chest, causing injury to both lungs. Victim 2 collapsed on the bathroom floor while Victim 1 and WOOD continued to struggle for control of the gun. Victim 1 attempted to clear the ammunition from WOOD'S firearm, but was unsuccessful. When the gun jammed, Victim 1 fled to her bedroom to get her gun. Victim 1 helped Victim 2 out the back door and then grabbed her gun in an attempt to get Minor Witness 1 out of the PREMISES. Shots were exchanged between

WOOD and Victim 1 until Victim 1's gun jammed. Victim 1 then fled to a vehicle outside where Victim 2 was located. Victim 1 drove Victim 2 to the Black Gold Casino in Wilson, Oklahoma, for help.

12. While negotiating with WOOD, he made a request for a cigarette or vape. Clark agreed to exchange what he wanted for the release of Minor Witness 1. WOOD agreed and Minor Witness 1 was safely removed from the scene. After approximately 15 minutes, WOOD received a phone call and Clark used the distraction to rapidly enter the home and take WOOD into custody. WOOD was transported to the Lighthouse Crisis Center for suicidal ideations.

## CONCLUSION

13. Based on a review of this case and based on my knowledge and experience with violent crime in Indian country, I, as your affiant, have probable cause to believe that ISAIAH LYNN WOOD committed the offense of Assault With the Intent to Commit Murder in Indian Country, in violation of 18 U.S.C. §§ 113(a), 1151, and 1153; Assault with a Dangerous Weapon with Intent to do Bodily Harm, in violation of 18 U.S.C. §§113(a)(3), 1151, and 1153; and Use, Carry, Brandish, and Discharge a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C § 924(c).

Respectfully Submitted,

_____
Steve West, Special Agent
FBI

Sworn to me this 20th day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE